UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHARON GRIGGS AND HEZEKIAH GRIGGS, JR., AS CO-ADMINISTRATORS AD PROSEQUENDUM OF THE ESTATE OF HEZEKIAH GRIGGS III, AND INDIVIDUALLY,<br><br>　　　　　Plaintiff(s),<br><br>　vs.<br><br>SWIFT TRANSPORTATION CO., INC., SWIFT TRANSPORTATION CO. OF ARIZONA LLC, JOHN DOES (1-10) AND ABC CORPS (1-10),<br><br>　　　　　Defendant(s) | Civil Action No. 2:17-CV-13480<br><br><br>NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE, AND FORUM *NON CONVENIENS* OR IN THE ALTERNATIVE FOR TRANSFER PURSUANT TO 28 U.S.C. § 1631 |

TO:　Alan Jeffrey Markman, Esq.
　　　Markman & Cannan, LLC
　　　391 Franklin Street
　　　P.O. Box 1489
　　　Bloomfield, NJ  07003

　　　David T. Sirotkin, Esq.
　　　Morelli Law Firm PLLC
　　　777 Third Avenue
　　　31st Floor
　　　New York, NY 10017

COUNSEL:

　　　PLEASE TAKE NOTICE that on April 2, 2018, at 9:00 a.m., or at such other date and time as the Court may direct, defendant Swift Transportation Co. of Arizona, LLC, through its undersigned counsel, will move before the Hon. Madeline Cox Arleo at the United States District Court located at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey for an Order dismissing the Complaint in this matter for lack of personal jurisdiction, improper venue, and forum *non conveniens*, or in the alternative transferring this matter to the Middle District of Florida pursuant to 28 U.S.C.§ 1631.

8465280.1

PLEASE TAKE FURTHER NOTICE that defendants will rely on the accompanying Certification of Von Burdorf, Certification of Robert M. Hanlon, Jr., and Memorandum of Law submitted herewith.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated:  February 28, 2018                               Respectfully submitted,

                                                          /s/ Robert M. Hanlon, Jr.
                                                          Robert M. Hanlon, Jr.
                                                          Goldberg Segalla LLP
                                                          Attorneys for Defendant Swift
                                                          Transportation Co. of Arizona LLC

## CERTIFICATION OF SERVICE

On this date, I caused to be filed and served, via the ECF system, a copy of the foregoing Notice of Motion, together with copies of the supporting Memorandum of Law, Certification of Von Burdorf,  Certification of Robert M. Hanlon, Jr., and proposed form of Order.  I also caused copies of these documents to be sent via New Jersey Lawyers Service, addressed to the following counsel in this matter:

| | |
|---|---|
| Alan Jeffrey Markman, Esq. | David T. Sirotkin, Esq. |
| Markman & Cannan, LLC | Morelli Law Firm PLLC |
| 391 Franklin Street | 777 Third Avenue |
| P.O. Box 1489 | 31st Floor |
| Bloomfield, NJ  07003 | New York, NY 10017 |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 28, 2018.

                                                          /s/ Robert M. Hanlon, Jr.
                                                          Robert M. Hanlon, Jr.